IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ERIC WHISNANT,                        )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        1:24-cv-494
                                      )
SHERIFF SEABOLT, BARKER,              )
CAPT. RICH, and LT. HAYWORTH,         )
                                      )
                Defendants.           )

## ORDER

On July 23, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of November, 2024.

_____
United States District Judge

- 2 -